IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARON A. ANTHONY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 3:08-0328 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

Pending before the Court is Plaintiff Sharon Anthony's Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 14), to which the Defendant Commissioner of Social Security filed a Response in Opposition (Doc. No. 20). Plaintiff also submitted a Reply (Doc. No. 21). On April 8, 2009, the Magistrate Judge issued a Report and Recommendation ("Report") (Doc. No. 22), to which no objections have been filed.

Upon review, the Court finds the Report to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion is **GRANTED**, the Defendant's decision is **REVERSED**, and the case is **REMANDED** for further administrative proceedings, to include a rehearing.

It is so ORDERED.

Entered this the __27__ day of April, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT